## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

JAMES AARON HUDSON,

      Plaintiff,

v.                                     Civ. No. 1:21-cv-01126 MIS/KK

PEAK MEDICAL NEW MEXICO NO. 3 LLC,

      Defendant.

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Memorandum Opinion and Order filed contemporaneously herewith (ECF No. 16), the Court issues its separate judgment finally disposing of this civil case.

IT IS HEREBY ORDERED that all remaining claims in this case are DISMISSED WITH PREJUDICE.

_____
**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE

1